IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| RAMIRO GONZALES LORENZO, JR., as administrator of the estate of CRISTIAN IVAN BAILON LORENZO, Deceased; and MAIRBEL LORENZO MOLINA, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGIA DEPARTMENT OF CORRECTIONS, an administrative division of the State of Georgia; STANLEY WILLIAMS, individually, and in his official capacity as Warden of Smith State Prison; JARROD D. PITTMAN, individually, and in his official capacity as correctional officer at Smith State Prison; JOHN DOE #1; and JOHN DOE #2, individually, and in their official capacity as officials of Smith State Prison, <br><br> Defendants. | CIVIL ACTION FILE NO: 6:16-cv-00011-JRH-GRS |

## ORDER STAYING DISCOVERY

Defendants having moved this Court for an order to stay discovery pending a resolution of their motion to dismiss, Plaintiff consenting thereto, it appearing that this Order is sought in good-faith and no prejudice will accrue to the parties if such motion is granted, and good cause having been shown, it is hereby ORDERED that Defendants' Consent Motion for Stay is GRANTED pending the

resolution of Defendants' motion to dismiss. All discovery in this matter, including but not limited to the Rule 26(f) Conference and Report and Initial Disclosures, is stayed until such time as said motion is adjudicated, at which time a discovery schedule will be entered as to all claims remaining.

SO ORDERED this 22nd day of March, 2016.

*G.R. Smith*
Hon. G.R. Smith
United States Magistrate Judge
Southern District of Georgia