IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RAMIRO GONZALES LORENZO, JR., :
as administrator of the estate of :
CRISTIAN IVAN BAILON LORENZO, :
Deceased; and MAIRBEL LORENZO :
MOLINA, :
:
    Plaintiffs, :
: CIVIL ACTION FILE NO:
v. : 6:16-CV-00011-JRH-GRS
:
STANLEY WILLIAMS and :
JARROD D. PITTMAN, :
:
    Defendants. :

## ORDER

THIS MATTER coming before the Court on Defendants Consent Motion for Taking Inmate Depositions, and the Court being advised of the premises, IT IS HEREBY ORDERED THAT the motion is GRANTED. The parties may elect to take the depositions of inmates Richard Duron, Eduardo Nava, and Luis Hernandez-Moreno by working with the wardens of the respective facilities in which they are held and providing the appropriate notices under the Federal Rules of Civil Procedure.

SO ORDERED this 8TH day of August, 2017.

_____
G.R. SMITH
United States Magistrate Judge